IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF/RESPONDENT |
| V. CASE NO. 5:15-CR-50069-001 | |
| CARLOS ANTONIO SIBRIAN-GUERRA | DEFENDANT/PETITIONER |

### ORDER

Comes on for consideration the Report and Recommendation (Doc. 28) filed in this case on July 26, 2017, by the Honorable Erin L. Wiedemann, United States Magistrate Judge for the Western District of Arkansas. More than fourteen (14) days have passed without objections being filed by the parties.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 28) is **ADOPTED IN ITS ENTIRETY**, and Petitioner's Motion to Vacate Under 28 U.S.C. § 2255 (Doc. 21) is **DENIED and DISMISSED**. For the reasons stated in the Report and Recommendation, a request for Certificate of Appealability is **DENIED**.

IT IS SO ORDERED on this 23rd day of August, 2017.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE